1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL B. WILLIAMS,                      1:09-cv-01274-YNP (HC)

12                                             ORDER TRANSFERRING CASE TO THE
                                               UNITED STATES DISTRICT COURT FOR
13                 Petitioner,                 THE NORTHERN  DISTRICT OF
                                               CALIFORNIA
14   vs.

15   PAM AHLIN,

16                 Respondent.

17   _____/

18

19        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20   U.S.C. § 2254.

21        Venue for a habeas action is proper in either the district of confinement or the district of

22   conviction.  28 U.S.C. A. § 2241 (d).  However, it is preferable for petitions challenging a conviction

23   or sentence to be heard in the district of conviction while petitions challenging the manner in which the

24   sentence is being executed be heard in the district of confinement.  Dunne v. Henman, 875 F.2d 244, 249

25   (9th Cir. 1989).

26        In this case, the petitioner is challenging a conviction from San Francisco County, which is in

27   the Northern District of California;  therefore, the petition should have been filed in the United States

28   District Court for the Northern District of California.  In the interest of justice, a federal court may

1   transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v.

2   McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4   District Court for the Northern District of California.

5          IT IS SO ORDERED.

6      Dated:   **July 30, 2009**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28